IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-01543-WYD-BNB

DAWN RICHARDSON,

    Plaintiff(s),

v.

JOHN W. SNOW, Secretary, Department of the Treasury,

    Defendant(s).

_____

### ORDER OF DISMISSAL
_____

THE COURT has reviewed the Joint Motion to Dismiss this lawsuit, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii);

THE PARTIES no longer have any dispute with respect to any matters raised, or that could have been raised in this lawsuit, including payment of attorney's fees and costs.

THIS ACTION is dismissed with prejudice.

Dated:  July 19, 2005

                                              BY THE COURT:


                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge